MORRIS SCHWEBEL, Appellant, *v.* 1719 67TH STREET COR-
PORATION et al., Respondents.

Argued May 24, 1939; decided June 19, 1939.

*Edward A. Kole* for appellant.

*Andrew S. Fraser* and *Harry M. Alfert* for Carmela Mastropolo, respondent.

*Joseph N. Dobrovir* for 1719 67th Street Corporation, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.